RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 2/24/11

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| YOUNG SCHOLARS CHILD DEVELOPMENT CENTER, INC. | CIVIL ACTION NO. 6:09-CV-1924 |
| VERSUS | JUDGE DOHERTY |
| COLONY INSURANCE COMPANY, ET AL | MAGISTRATE JUDGE HANNA |

### RULING & ORDER

Currently pending before the Court is Colony Insurance Company's Appeal of the Order of Remand, issued by the Magistrate Judge in this matter.[1] [Doc. 20] In the Appeal, defendant argues the Magistrate Judge order remanding this matter to the 15th Judicial District Court for the Parish of Lafayette, State of Louisiana, is "clearly erroneous and contrary to law." [Doc. 20, p.1] Following a review of the pleadings before this Court, the pleadings before the Magistrate Judge, and the Magistrate Judge's Ruling and Order, this Court finds defendant has not shown the Magistrate Judge's Order is "clearly erroneous or contrary to law." *See* 28 U.S.C. § 636(b)(1)(A). Accordingly, the Order of Remand issued by the Magistrate Judge [Doc. 19] is hereby AFFIRMED.

THUS DONE AND SIGNED this 23 day of February, 2011.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

---

[1] On April 29, 2010, this matter was stayed as to defendant Katherine Moran, pursuant to 11 U.S.C. § 362(a), pending notice from the bankruptcy court that the stay had been lifted. [Doc. 33] On May 13, 2010, this matter was stayed against the remaining defendants for thirty (30) days, so that counsel could address whether this matter should move forward against the remaining defendants. [Id.] All counsel expressed a desire to move forward with this proceeding as to the remaining defendants. However, the Court notes a review of the docket sheet in the bankruptcy proceeding filed by Ms. Moran (*see* Case No. 10-50623 in the United States Bankruptcy Court for the Western District of Louisiana) reveals the bankruptcy proceeding terminated on August 24, 2010. Accordingly, this matter is no longer stayed as to any defendant.